# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

147616(97)(98)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

PARIS HUGHES,
Defendant-Appellant.

SC: 147616
COA: 304182
Wayne CC: 10-012684-FC

_____/

On order of the Court, the motion for reconsideration of this Court's February 5, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

p0421